UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>(1) CRISTIAN SILVA SANCHEZ<br><br>            Defendant. | Magistrate Case No. **20-mj-2151**<br><br>COMPLAINT FOR VIOLATION<br><br>UNDER SEAL<br><br>Title 26 U.S.C. §§ 5861(d) and 5871 – Possession of Unregistered Firearm; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; and Title 26, U.S.C., Sec. 5872 - Forfeiture |

The undersigned complainant being duly sworn states:

On or about January 24, 2020, within the Southern District of California, defendant CRISTIAN SILVA SANCHEZ, did knowingly and unlawfully aid and abet the possession of firearms, to wit: three un-serialized, privately-made, short-barrel rifles, which were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871; and Title 18, United States Code, Section 2.

\*:\*:San Diego/Imperial:6/4/20

FORFEITURE ALLEGATION

The allegations contained in the Complaint are re-alleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in the Complaint, defendant CRISTIAN SILVA SANCHEZ shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

- Evidentiary Item 009: One (1) unserialized, privately-made, short-barrel rifle, with an approximate barrel length of ten (10) inches and an approximate overall length of 24.5 inches, with scope and magazine
- Evidentiary Item 010: One (1) unserialized, privately-made, short-barrel rifle, with an approximate barrel length of ten (10) inches and an approximate overall length of 24.5 inches, with scope and magazine
- Evidentiary Item 011: One (1) unserialized, privately-made, short-barrel rifle, with an approximate barrel length of ten (10) inches and an approximate overall length of 24.5 inches, with scope and magazine

All in violation of Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

The complainant states that this complaint is based on the attached Probable Cause Statement, incorporated herein by reference.

*Lennea Gordon*
Lennea Gordon
Special Agent, ATF
06-05-2020

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ____5th____ day of June 2020.

*Barbara L Major*
HONORABLE BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

3

**PROBABLE CAUSE STATEMENT**

On November 20, 2019, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents received information from Drug Enforcement Agency (DEA) Special Agents that Cristian SILVA SANCHEZ was suspected of operating as an illegal firearms manufacturer and was selling guns in Chula Vista, CA. DEA provided ATF agents with Mexico-based telephone number +52 1 664 573 8200, belonging to SILVA SANCHEZ.

On various dates between December 2, 2019, through January 24, 2020, an ATF confidential informant (CI)[1] exchanged text messages and telephone calls with SILVA SANCHEZ, who utilized Mexico-based telephone number +52 1 664 573 8200.[2]

On January 24, 2020, ATF conducted a controlled purchase of firearms from Porfirio ANGELES ACUNA, charged elsewhwere, Ismael GONZALEZ ANGELES, charged elsewhere, and defendant Cristian SILVA SANCHEZ. The transaction had been arranged by telephone calls and/or text messages exchanged between an ATF Confidential Informant (CI) and SILVA SANCHEZ. In total, the defendant aided and abetted the sale of nine firearms- six pistols and three privately-made, unserialized, short-barrel rifles (SBR) - to an ATF CI and an ATF Undercover Agent (UCA)in exchange for $9,100.00.

On the above-referenced date, SILVA SANCHEZ, calling from the Mexico-based phone referenced above, advised ATF CI of the location for the controlled purchase, 2398 Grove Street, National City, California.

---

[1] The CI is being paid for his/her information. I am unaware of any facts suggesting that the CI is not credible.

[2] On later dates, the ATF CI exchanged recorded telephone calls with SILVA SANCHEZ. Additionally, the ATF CI also met the person believed to be SILVA SANCHEZ. According to the ATF CI, the voice on the phone belonging to SILVA SANCHEZ was the same as the person the ATF CI later met in person. The ATF CI was shown a California driver's license photograph of SILVA SANCHEZ, and the ATF CI confirmed that the individual depicted in the photograph was the person with whom they met (SILVA SANCHEZ).

4

At approximately 1634 hours, ATF CI and ATF UCA arrived at the pre-determined location on Grove Street and soon after observed ANGELES ACUNA approach their vehicle on foot. ANGELES ACUNA entered the UC vehicle and stated that SILVA SANCHEZ was at a Xolos [soccer team] game in Tijuana. ANGELES ACUNA then asked ATF CI if he/she was ready for the deal, to which ATF CI responded in the affirmative. ANGELES ACUNA then made a telephone call.

At approximately 1639 hours, U.S. Customs and Border Patrol (CBP) aerial surveillance observed two individuals, FNU LNU and a male later identified as GONZALEZ ANGELES, crossing a pedestrian footbridge across the 805 Freeway and heading towards the controlled purchase location. One of the individuals appeared to be carrying bags. ANGELES ACUNA was then observed exiting the UC vehicle and meeting with FNU LNU and GONZALEZ ANGELES on the pedestrian footbridge. One of the individuals, either FNU LNU or GONZALEZ ANGELES, gave the bags to ANGELES ACUNA, who then returned with the bags to the UC vehicle.

Once inside the UC vehicle, ANGELES ACUNA gave the guns to the ATF CI. One bag contained six pistols and the other bag contained three AR-type, short-barrel rifles, which ATF Special Agent later confirmed had barrel lengths below sixteen (16) inches and were unserialized, which would require that the weapon be registered pursuant to the National Firearms Act (NFA). ATF CI then gave ANGELES ACUNA $9,100.00 in cash, stating that $8,600.00 was for the firearms, and that $500.00 was for SILVA SANCHEZ.

At approximately 1645 hours, ANGELES ACUNA exited the UC vehicle, leaving the firearms in the UC vehicle with the CI and UCA, and walked back towards the base of the pedestrian footbridge and departed the area.

5

Following the controlled purchase, at approximately 1652 hours, SILVA SANCHEZ, utilizing the Mexico-based phone described above, sent a text message to ATF CI, stating that he (SILVA SANCHEZ) was at the ATF CI's service, and that SILVA SANCHEZ would let ATF CI know if anything more came up.

A query through ATF databases determined that the subject does not hold a license through ATF, known as a Federal Firearms License (FFL), allowing him to engage in the business of importing, manufacturing or dealing in firearms. A similar query in the National Firearms Registration and Transfer Record (NFRTR) determined that the target does not have an NFA firearm registered to him.